IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AFC SOUTH, INC., | ) |
| | ) |
| | ) Case No. 3:12-0564 |
| v. | ) JUDGE SHARP |
| | ) |
| THE TRAVELERS INSURANCE | ) |
| COMPANIES, et al., | |

### O R D E R

The Court having been advised by counsel for the parties that this action has been settled, it is hereby ORDERED that the action is dismissed without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated. Within this sixty-day period, the parties may submit a proposed agreed order of compromise and dismissal.

It is so ORDERED.

_Kevin H. Sharp_
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE