# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| AFC SOUTH, INC., d/b/a ROCK HARBOR MARINE, ) ) ) Plaintiff, ) ) v. ) ) THE TRAVELERS INSURANCE COMPANIES, THE CHARTER OAK FIRE INSURANCE COMPANY, ST. PAUL FIRE & MARINE INSURANCE and ANCHOR INSURANCE AGENCY, INC., ) ) ) ) ) ) ) ) ) Defendants. ) | Civil Action No. 3:12-cv-00564 Jury Demand |

## AGREED ORDER OF DISMISSAL

Upon the representation of counsel for all parties, as evidence by their signatures below, that all claims in this action have been compromised and settled, this Court hereby dismisses all claims and demands made in this action with prejudice. Each party is responsible for its own costs in this matter and there is no award of discretionary costs or court costs.

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT COURT JUDGE

**NEAL & HARWELL, PLC**

By: s/ Ronald G. Harris
    Aubrey B. Harwell, Jr., #2559
    Ronald G. Harris, #9054
2000 One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219-2498
(615) 244-1713 – Telephone
(615) 726-0573 – Facsimile
*Counsel for Plaintiff AFC South, Inc.*


**SPICER RUDSTROM PLLC**

By: s/ Marc O. Dedman
    *By Ronald G. Harris with Permission*
    Marc O. Dedman, #14044
    Brent S. Usery, #25737
Bank of America Tower
414 Union Street, Suite 1700
Nashville, TN 37219-1823
(615) 259-9080 – Telephone
(615) 259-1522 – Facsimile
*Counsel for Charter Oak Fire Insurance Company, St. Paul Fire & Marine Insurance, and that entity incorrectly named as "the Travelers Insurance Companies"*


**HOWARD, TATE, SOWELL, WILSON, LEATHERS & JOHNSON, PLLC**

By: s/ Barry L. Howard
    *By Ronald G. Harris with Permission*
    Barry L. Howard, #5887
150 Second Avenue North, Suite 201
Nashville, TN 37201
(615) 256-1125 – Telephone
*Counsel for Anchor Insurance Agency, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served, via the Court's electronic filing system on the following counsel of record, this the 3rd day of June, 2015.

>Barry L. Howard, Esq.
>William R. Meyer, Esq.
>Howard, Tate, Sowell, Wilson, Leathers & Johnson, PLLC
>150 Second Avenue North, Suite 201
>Nashville, TN 37201
>bhoward@howardtatelaw.com
>wrmeyer@howardtatelaw.com
>
>Marc O. Dedman, Esq.
>Brent S. Usery, Esq.
>Spicer Rudstrom
>Bank of America Tower
>414 Union Street, Suite 1700
>Nashville, TN 37219-1823
>mod@spicerfirm.com
>bsu@spicerfirm.com

                s/ Ronald G. Harris